UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

CHARLES ALFRED HILL,                     )
                                         )
                        Plaintiff,       )
                                         )        **JUDGMENT IN A**
                                         )        **CIVIL CASE**
v.                                       )        **CASE NO. 7:18-cv-158-D**
                                         )
SOUTHEASTERN MEDICAL CLINIC, DR.         )
ROBERT L. HOLLINGSWORTH,                 )
                                         )
                        Defendants.      )


**Decision by Court.**  This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Hill's complaint is DISMISSED for
lack of subject-matter jurisdiction.




This Judgment Filed and Entered on May 14, 2019, and Copies To:

Charles Alfred Hill                      (Sent to P.O. Box 1884 Pembroke, NC 28372
                                         via US Mail)




DATE:                                    PETER A. MOORE, JR., CLERK
May 14, 2019                             (By) /s/ Nicole Sellers_____
                                              Deputy Clerk